

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV - 6 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:24CR132-TBM-RPM

STEPHANIE MICHELLE BRADLEY  18 U.S.C. § 1709
 18 U.S.C. § 1703(a)

**The Grand Jury charges:**

COUNT 1

On or about November 22, 2021, in Harrison County, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendant, **STEPHANIE MICHELLE BRADLEY**, being an employee of the United States Postal Service, did wrongfully embezzle one or more letters, packages or envelopes containing greeting cards or other articles such as pre-paid gift cards or United States currency, intended to be conveyed by mail, which had been entrusted to her and which had come into her possession.

All in violation of Title 18, United States Code, Section 1709.

COUNT 2

Beginning in or about October of 2021, and continuing to on or about November 22, 2021, in Harrison County, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendant, **STEPHANIE MICHELLE BRADLEY**, being an employee of the United States Postal Service, did unlawfully secrete, delay, open or destroy one or more

letters, packages, or envelopes containing greeting cards intended to be conveyed by mail, which had come into her possession as a United States Postal Service employee.

All in violation of Title 18, United States Code, Section 1703(a).

TODD W. GEE
United States Attorney

A TRUE BILL:

_s/signature redacted_
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ___6___ day of November 2024.

UNITED STATES MAGISTRATE JUDGE